# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-1021
_____

Jacque Louis Miller

*Plaintiff - Appellant*

v.

Patti Wachtendorf; Kristine Wietzell; Frank Filippelli; Rhonda Lanser; Donna
Cook; Tasha Whalen; Dennis Miller

*Defendants - Appellees*

Iowa State Penitentiary; Newton Correctional Facility; Iowa State Penitentiary
Health Services Department; Newton Correctional Facility Health Services Department

*Defendant*s
_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines
_____

Submitted: May 21, 2020
Filed: May 27, 2020
[Unpublished]
_____

Before KELLY, WOLLMAN, and STRAS, Circuit Judges.
_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Iowa inmate Jacque Louis Miller appeals the district court's[1] adverse grant of summary judgment based on his failure to exhaust administrative remedies. See Faulkner v. Douglas Cty. Neb., 906 F.3d 728, 732 (8th Cir. 2018) (reviewing de novo grant of summary judgment); King v. Iowa Dep't of Corr., 598 F.3d 1051, 1052 (8th Circ. 2010) (reviewing de novo dismissal for failure to exhaust administrative remedies). We agree with the district court that Miller did not adequately counter defendants' evidence showing that he did not exhaust available administrative remedies before filing suit; and thus that dismissal was required. See Johnson v. Jones, 340 F.3d 624, 627 (8th Cir. 2003) (dismissal is mandatory if exhaustion was not completed at time of filing). The judgment is affirmed. See 8th Cir. R. 47B.

———————————————

[1]The Honorable Stephanie M. Rose, United States District Court Judge for the Southern District of Iowa.